*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-08-00403-CV

Chris **GRIFFIN** d/b/a America Homes and Ranches, and Carol Griffin,
Appellants

v.

Jo Anne **ENGLISH**, Ralph English, and The Integrity Team, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 08-483-B
Honorable Emil Karl Prohl, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:   September 24, 2008

DISMISSED

Appellants have filed a motion to dismiss this appeal, and appellees do not oppose the dismissal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellants.

PER CURIAM